**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION**

**CASE NO. 25-14244-CIV-CANNON**

**ANNITA MARICE** and
**NUTSINEE DETPAIBOONYOAT**,

     Plaintiffs,

v.

**ANGELICA ALFONSO-ROYALS,**
*Director, U.S. Citizenship and Immigration Services*, et al.,

     Defendants.

_____/

**<u>ORDER CLOSING CASE</u>**

     **THIS CAUSE** comes before the Court upon Plaintiffs' Notice of Voluntary Dismissal without Prejudice, filed on August 7, 2025 [ECF No. 7].  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiffs prior to any Defendant serving an answer or motion for summary judgment, dismisses the case.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Upon review, this case is **DISMISSED WITHOUT PREJUDICE** against all Defendants, effective August 7, 2025, the date on which Plaintiffs filed the Notice of Voluntary Dismissal [ECF No. 7].  The Clerk of Court shall **CLOSE** this case.

     **ORDERED** in Chambers at Fort Pierce, Florida, this 8th day of August 2025.

_____
**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc:     counsel of record